CHRISTOPHER M. MCMONAGLE, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA
# (HARRISBURG)

| | |
|---|---|
| In Re:<br>    James Edward Hawk<br>      fka Jamie edward Hawk<br>         Debtors(s)<br>-----------------------------------<br>U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust<br>         Movant<br>v.<br>James Edward Hawk<br>fka Jamie edward Hawk<br><br>April L. Hawk<br>(Non-Filing Co-Debtor)<br>         Respondent(s) | Chapter 7<br><br>Case Number: 19-04599-HWV |

## ORDER

AND NOW, upon the motion of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ("U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 345 PINE GROVE ROAD, HANOVER, PA 17331.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

Dated: January 7, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)

Case 1:19-bk-04599-HWV    Doc 15    Filed 01/07/20    Entered 01/08/20 08:56:13    Desc
Main Document    Page 1 of 1