IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Edward Hawk f/k/a Jamie Edward Hawk<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-04599/HWV |
| JPMorgan Chase Bank, N.A.<br>    Movant.<br>v. | CHAPTER 7<br><br>11 U.S.C. § 362 |
| James Edward Hawk f/k/a Jamie Edward Hawk<br>    Debtor/Respondent, | |
| April L. Hawk<br>    (Non-filing Co-Debtor), | |
| Steven M. Carr, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 295 Pine Grove Road, Hanover, PA 17331; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

Dated:  February 10, 2020          By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)