UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1-19-04599
    James Edward Hawk :
                Debtor : Chapter 7

## APPLICATION TO APPOINT BRADLEY D. SNOUFFER
## AS REALTOR FOR THE ESTATE

AND NOW, COMES the TRUSTEE, by his Attorney, STEVEN M. CARR, ESQUIRE, and files this APPLICATION TO APPOINT REALTOR, whereof the following is a statement:

1. Applicant is the duly qualified and acting Trustee in the above-captioned bankruptcy proceeding.

2. The Trustee has determined that the Estate will need the services of a REALTOR to properly administer the case.

3. That the Trustee specifically requires said services for the following stated purposes:

LISTING AGENT TO SELL **295 Pine Grove Road, Hanover, PA 17331** and **345 Pine Grove Road, Hanover, PA 17331.**

4. That the Trustee wishes to employ the services of BRADLEY D. SNOUFFER.

5. That the terms of employment and compensation are as follows:

**REALTOR'S COMMISSION - 6% OF/FROM SALE PRICE as set forth on the listing contract.**

6. That BRADLEY D. SNOUFFER is a disinterested party within the meaning of 11 U.S.C. §101(14) and accordingly, has signed an Affidavit of Disinterest attached hereto marked as Exhibit "A".

7. That your applicant is informed and believes that the granting of this Application is in the best interest of this estate and accordingly believes that this Court should approve said employment as

proposed pursuant to 11 U.S.C. §327(a).

8. Any appropriate contracts are attached hereto as Exhibits.

WHEREFORE, applicant prays that he be authorized to employ BRADLEY D. SNOUFFER.

                                                  RESPECTFULLY SUBMITTED:

                                                  /s/Steven M. Carr
                                                  STEVEN M. CARR, ESQUIRE
                                                  ATTORNEY FOR THE TRUSTEE
                                                  ID #34336

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1-19-04599
   James Edward Hawk :
          Debtor : Chapter 7

### AFFIDAVIT OF DISINTEREST

On this 13th day of February 2020, the undersigned, BRADLEY D. SNOUFFER, who proposes to be retained as a professional for the above-captioned bankruptcy action, does swear or affirm that:

1. The capacity for which Affiant proposes to be retained by the Trustee of the above-captioned Estate is as REALTOR.

2. With regard to the employment of BRADLEY D. SNOUFFER, there exists no known connection with the Debtor, creditors or other parties in interest which would qualify as a conflict of interest or render said professional an interested party except as follows:

   **NONE**

3. BRADLEY D. SNOUFFER knows of no interest which would render him unable to perform services to the standards of said profession.

I declare under penalty of perjury that the facts contained in the foregoing Affidavit of Disinterest are true and correct to the best of my knowledge, information and belief.

                                    /s/ Bradley D. Snouffer
                                    BRADLEY D. SNOUFFER