| | |
|---|---|
| IN RE: | : NO. 1-19-04599 |
|     James Edward Hawk | : |
|                     Debtor | : Chapter 7 |
| STEVEN M. CARR, TRUSTEE | : |
|                     Movant | : |
| v. | : |
| SELENE FINANCE | : |
|                   Respondent | : |

## NOTICE

Notice is hereby given that Steven M. Carr, Trustee has filed an Amended Motion to Sell realty situate at 345 Pine Grove Road, Union Township, Adams County, PA.to Carolyn A. Hughes for a sale price of $189,000.00.

Normal and customary public sale expenses, including taxes, will be first paid from the proceeds generated from the sale. The balance of the proceeds after expenses of sale will be first distributed to the secured creditors, in their order of priority, with the remaining proceeds being held for the benefit of unsecured creditors. The Trustee will carve-out of $7,500.00 from the sale proceeds for the benefit of unsecured creditors; thus the sale will result in proceeds being available for the benefit of unsecured creditors.

A hearing on this matter has been scheduled for:
**Date: August 25, 2020**                    **Time: 9:30 A.M.**

United States Bankruptcy Court
Ronald Reagan Federal Building
Bankruptcy Courtroom (3rd Floor)
Third & Walnut Streets
Harrisburg, PA 17101

The real estate to be sold may be examined prior to sale, and any interested party may be afforded an opportunity to examine the property prior to sale by contacting the Trustee, Steven M. Carr, Esquire at 119 East Market Street, York, Pennsylvania, 17401 (717) 843-8968. Any objection filed, or higher offer submitted, shall be served on Steven M. Carr, Esquire, counsel for the Trustee, 119 East Market Street, York, Pennsylvania, 17401. Inquiries should also be directed to the Trustee and not the Clerk of the Bankruptcy Court.

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to local rule 2002-1(a) the Court will consider this Motion without further notice or hearing unless a party in interest files an objection on or before **August 17, 2020.**

If you do not file an objection within the time permitted, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| U.S. Bankruptcy Court | For the Court: |
| Ronald Reagan Federal Building | Clerk of the Bankruptcy Court |
| 228 Walnut Street, RM 320 | Terrence S. Miller |
| Harrisburg, PA 17101-1737 | |
| (717) 901-2800 | |
| | |
| Hours Open: Monday-Friday 9:00 AM- 4:00 PM | **Date:** July 27, 2020 |